IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:06-cr-117 |
| | ) | |
| LILIAN FAUNTEROY | ) | |

## **MEMORANDUM AND ORDER**

This criminal case is before the court on the defendant's motion to continue the trial currently set for November 14, 2006 [doc. 9]. The defendant says that the parties are close to resolving this case and that the government is seriously considering her request for diversion, but more time is required to complete her background check. The government has no objection to this motion.

The court finds the defendant's motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The court finds that the failure to grant the defendant's motion would deny the defendant and the government the reasonable time necessary to consider the defendant's diversion request. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the defendant's motion for a continuance to the new trial is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motion for a continuance is **GRANTED**, and the trial in this criminal case is **CONTINUED** to Monday, January 8, 2007, at 9:00 a.m.

ENTER:

<u>     *s/ Leon Jordan*     </u>
United States District Judge